UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 8: 23-cr-388

MATTHEW FREDERIC BERGWALL

## NOTICE OF APPEARANCE

Comes now, __Todd Foster__, attorney for the Defendant, and hereby enters this Notice of Appearance on (his/her/its) behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, __Matthew Bergwall__, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____       _____
Counsel for Defendant                               Defendant

Date: 11/21/2023

## REQUEST FOR DISCOVERY

Comes now, Matthew Bergwall, by and through his undersigned attorney, and hereby gives notice that (he/she/it) will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

Todd Foster (Bar # 0325198)
601 Bayshore Blvd., Suite 615, Tampa, FL 33606
(813)565-0600

_____
(Counsel for Defendant)
(Address, Phone # & Bar #)

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF to the Office of the United States Attorney, this 21 day of November, 2023.

_____
, Esquire

2