UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.                                             Case No.: 8:23-cr-388-TPB-CPT

**MATTHEW FREDERIC BERGWALL,**
    **Defendant.**
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL

Defendant Matthew Frederic Bergwall, by and through undersigned counsel, moves for permission to travel to New York and Connecticut during the Christmas/New Year holiday as described below. The Government does not oppose this motion.

Defendant plans to fly to LaGuardia Airport (in the Eastern District of New York) on December 14, 2023 and stay at the Wall Street Hotel, 88 Wall Street, New York, New York (in the Southern District of New York) until December 17. Defendant would then go to his mother's house at 7 Lantern Street, Darien, Connecticut (in the District of Connecticut) until January 3, 2024, when he would fly back to his residence in Miami.

Undersigned counsel conferred with AUSA Gammons and was advised that the Government does not oppose this motion.

1

Accordingly, Defendant requests that his current travel restrictions be enlarged between December 14, 2023 and January 3, 2024 to include the Eastern District of New York; the Southern District of New York; and the District of Connecticut.

Dated: November 30, 2023						Respectfully submitted:

                  */s/ Kevin Darken*
                  **TODD FOSTER**
                  Florida Bar No.: 0325198
                  tfoster@tfosterlawgroup.com
                  **KEVIN DARKEN**
                  Florida Bar No.: 90956
                  kdarken@tfosterlawgroup.com
                  **TODD FOSTER LAW GROUP**
                  601 Bayshore Blvd., Suite 615
                  Tampa, FL 33606
                  Telephone: (813) 565-0600
                  *Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2023, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

                  */s/ Kevin Darken*
                  KEVIN DARKEN