UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                                          Case No.: 8:23-cr-388-TPB-CPT

**MATTHEW FREDERIC BERGWALL,**
      **Defendant.**
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Defendant Matthew Frederic Bergwall, by and through undersigned counsel, moves in advance of the December 18, 2023 status conference to continue the trial term of this case from January 2024 to April 2024. Undersigned counsel conferred with AUSA Gammons and was advised that the Government does not oppose this motion.

This is a complex case of alleged computer crime against a large national company involving numerous transactions. The discovery provided by the Government to date totals approximately 3.45 gigabytes of electronic data.

Undersigned counsel only entered their appearances on November 16, 2023. This is Defendant's first request for a continuance.

| | |
|---|---|
| Dated: November 30, 2023 | Respectfully submitted: |</br>

                                       */s/ Kevin Darken*
                                       **TODD FOSTER**
                                       Florida Bar No.: 0325198
                                       tfoster@tfosterlawgroup.com
                                       **KEVIN DARKEN**
                                       Florida Bar No.: 90956
                                       kdarken@tfosterlawgroup.com
                                       **TODD FOSTER LAW GROUP**
                                       601 Bayshore Blvd., Suite 615
                                       Tampa, FL 33606
                                       Telephone: (813) 565-0600
                                       *Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2023, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                           */s/ Kevin Darken*
                                                           KEVIN DARKEN