UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.  Case No.: 8:23-cr-388-TPB-CPT

**MATTHEW FREDERIC BERGWALL,**
     **Defendant.**
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Matthew Frederic Bergwall, by and through undersigned counsel, hereby requests this Court for an Order allowing Defendant to file a Joint Motion to Continue Trial to the May 2024 term under seal.

Undersigned counsel conferred with AUSA Gammons and was advised that the Government does not oppose this motion.

Dated: February 23, 2024          Respectfully submitted:

                                   /s/ Kevin Darken
                                   **TODD FOSTER**
                                   Florida Bar No.: 0325198
                                   tfoster@tfosterlawgroup.com
                                   **KEVIN DARKEN**
                                   Florida Bar No.: 90956
                                   kdarken@tfosterlawgroup.com
                                   **TODD FOSTER LAW GROUP**
                                   601 Bayshore Blvd., Suite 615
                                   Tampa, FL 33606
                                   Telephone: (813) 565-0600
                                   *Attorneys for Matthew Bergwall*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

_/s/ Kevin Darken_
KEVIN DARKEN
