**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:23-cr-388-TPB-CPT | DATE: May 13, 2024 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW FREDERIC BERGWALL (1)** | **GOVERNMENT COUNSEL**<br>Carlton Gammons, AUSA<br><br>**DEFENDANT COUNSEL**<br>Kevin Darken, ret. | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:00 - 10:02 a.m.<br>**TOTAL:** 1 minute | **COURTROOM:** | 14A |

**PROCEEDINGS:**   STATUS CONFERENCE

Parties anticipate resolution prior to next status.

Defendant's motion to continue trial – GRANTED. The Court finds that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial and the time is deemed excludable.

Next Status Conference:        July 15, 2024, at 9:30 a.m. Notice to follow.