UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                Case No. 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL

**CLERK'S MINUTES**
Proceeding: Change of Plea
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: July 11, 2024 |
| Deputy Clerk: Ashley Sanders | Time: 11:08 a.m. |
| USPO: none | Recess: 11:36 a.m. |
| Court Reporter: Digital | Total Time: 28 min |
| Interpreter: none | |

Counsel for USA: Carlton Gammons, AUSA
Counsel for Defendant: Kevin Darken and Todd Foster, retained

Court calls case and counsel enters appearances.

Defendant sworn. Defendant is 22 years old, some college education, can read/write English, currently receiving mental health treatment, no substance abuse treatment, no drug/alcohol use, clear minded. Counsel has no concern as to defendant's competency.

Defendant consents to proceed before a magistrate judge.

Court reviews plea agreement. Defendant understands. Court advises of maximum penalties. Defendant understands. Court advises of certain constitutional rights. Defendant understands.

No objection to the factual basis in the plea agreement.

Defendant pleads guilty to count two of the Indictment. Court finds defendants plea is entered knowingly, voluntarily and is supported by an independent factual basis. Report and recommendation to be entered. Adjudication of guilt deferred. Sentencing date to be set.

Defendant referred to probation for a presentence investigation report.