UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO: 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 46) of United States Magistrate Christopher P. Tuite, the plea of guilty of the defendant to Count Two of the Indictment is now **ACCEPTED** and the defendant, Matthew Frederic Bergwall, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **OCTOBER 16, 2024, at 2:30 P.M.** **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 22nd day of July, 2024.

TOM BARBER
UNITED STATES DISTRICT JUDGE