UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                    Case No.: 8:23-cr-388-TPB-CPT

**MATTHEW FREDERIC BERGWALL,**
    **Defendant.**
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL

Defendant Matthew Frederic Bergwall, by and through undersigned counsel, moves for permission to travel to New York and Connecticut during the Thanksgiving holiday, the anniversary of his father's death, and Christmas holidays as described below. The Government does not oppose this motion.

Defendant plans to fly to Westchester County Airport (in the Southern District of New York) on November 24, 2024 and return to his residence in Miami on December 4, 2024. Defendant plans to fly again to Westchester County Airport (in the Southern District of New York) on December 11, 2024 for a family gathering on the fifth year anniversary of his father's death on December 13, 2024 and will return to his Miami residence on January 4, 2025. Defendant will stay at his mother's house at 7 Lantern Lane, Darien, CT 06820 for the duration of both trips.

1

Undersigned counsel conferred with AUSA Gammons and was advised that the Government does not oppose this motion.

Accordingly, Defendant requests that his current travel restrictions be enlarged between November 24, 2024 and January 4, 2025 to include the Southern District of New York and the District of Connecticut.

Dated: October 14, 2024            Respectfully submitted:

           */s/ Kevin Darken*
**TODD FOSTER**
Florida Bar No.: 0325198
tfoster@tfosterlawgroup.com
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@tfosterlawgroup.com
**TODD FOSTER LAW GROUP**
601 Bayshore Blvd., Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600
*Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2024, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

           */s/ Kevin Darken*
           **KEVIN DARKEN**