UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                                  Case No.: 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL,
    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL

Defendant Matthew Frederic Bergwall, by and through undersigned counsel, moves for permission to travel to New York and Connecticut from February 5, 2025 through February 8, 2025 to meet with professors and students at Fordham University in New York City. The Government does not oppose this motion.

Defendant plans to fly to Westchester County Airport (in the Southern District of New York) on February 5, 2025, and return to his residence in Miami on February 8, 2025. Defendant will stay at his mother's house at 7 Lantern Lane, Darien, CT 06820 (in the District of Connecticut) for the duration of the trip.

Undersigned counsel conferred with AUSA Gammons and was advised that the Government does not oppose this motion.

1

Accordingly, Defendant requests that his current travel restrictions be enlarged between February 5, 2025 and February 8, 2025, to include the Southern District of New York and the District of Connecticut.

Dated: January 27, 2025	Respectfully submitted:

*/s/ Kevin Darken*
**TODD FOSTER**
Florida Bar No.: 0325198
tfoster@tfosterlawgroup.com
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@tfosterlawgroup.com
**TODD FOSTER LAW GROUP**
601 Bayshore Blvd., Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600
*Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2025, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kevin Darken*
**KEVIN DARKEN**