# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                            Case No.: 8:23-cr-388-TPB-CPT

**MATTHEW FREDERIC BERGWALL,**
    **Defendant.**
_____/

## **DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL**

Defendant Matthew Frederic Bergwall, by and through undersigned counsel, moves for permission to travel to Salt Lake City, Utah from February 11, 2025 through February 18, 2025 to attend a business conference. The Government does not oppose this motion.

Defendant plans to fly to Salt Lake City International Airport (in the District of Utah) on February 11, 2025, and return to his residence in Miami on February 18, 2025. Defendant will stay at The Kimball at Temple Square, 150 N Main Street, Salt Lake City, Utah 84150, for the duration of the trip.

In August 2024, this Court granted a similar travel motion to permit Defendant to attend this same business conference in Salt Lake City which is held twice a year. (Doc 52 and 53).

Undersigned counsel conferred with AUSA Gammons and was advised that the Government does not oppose this motion.

Accordingly, Defendant requests that his current travel restrictions be enlarged between February 11, 2025 and February 18, 2025, to include the District of Utah.

Dated: January 31, 2025                    Respectfully submitted:

*/s/ Kevin Darken*
**TODD FOSTER**
Florida Bar No.: 0325198
tfoster@tfosterlawgroup.com
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@tfosterlawgroup.com
**TODD FOSTER LAW GROUP**
601 Bayshore Blvd., Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600
*Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 31, 2025, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kevin Darken*
**KEVIN DARKEN**
