UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:23-cr-00388-TPB-CPT

MATTHEW FREDERIC BERGWALL

### NOTICE OF RELATED ACTION

In accordance with Local Rule 1.04(d), I certify that the instant action is related to the pending criminal cases identified below:

- *United States v. Brock David Fischer and Miguel Angel Fortier, Jr.*,
  Case No. 8:24-cr-276-VMC-LSG

- *United States v. Owen McKay Sheed*,
  Case No. 8:25-cr-00008-SDM-NHA

- *United States v. Shimon Y. Soffer*,
  Case No. 8:25-cr-00038-VMC-AEP

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  *Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Federal Bar No. 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Bergwall                              Case No. 8:23-cr-00388-TPB-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                */s/Carlton C. Gammons*
                                                Carlton C. Gammons
                                                Assistant United States Attorney
                                                Federal Bar No. 85903
                                                400 N. Tampa Street, Suite 3200
                                                Tampa, Florida 33602-4798
                                                Telephone:  (813) 274-6000
                                                Facsimile:   (813) 274-6358
                                                E-mail: Carlton.Gammons@usdoj.gov