UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL

## NOTICE OF APPEARANCE

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States. Assistant United States Attorney Julie A. Simonsen has been assigned in this case to collect the defendant's criminal monetary penalties.

                Respectfully submitted,

                SARA C. SWEENEY
                Acting United States Attorney

By:   *s/ Julie A. Simonsen*
       JULIE A. SIMONSEN
       Assistant United States Attorney
       Florida Bar No. 70647
       Financial Litigation Program
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone:  (813) 274-6065
       Facsimile:   (813) 274-6247
       E-Mail:  FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney