UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL

### UNOPPOSED MOTION FOR AN ORDER
### TO DEPOSIT FUNDS AND DISBURSE

The United States and Matthew Frederic Bergwall request an order directing

the Clerk of Court to accept his prejudgment payments. The Clerk should hold these

funds in an interest-bearing account (the Court Registry Investment System) until a

judgment of conviction and restitution order have been entered and then apply the

deposited funds toward his restitution. After payment of restitution, any surplus

funds should be applied to the defendant's other criminal monetary penalties,

including special assessment and fines, or to any outstanding forfeiture orders. *See* 28

U.S.C. §§ 2041, 2042.

If the prejudgment payments accrue interest in an amount that exceeds all criminal monetary penalties and forfeiture orders, any surplus accrued interest should be remitted to the Crime Victims Fund.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By:     _s/ Julie A. Simonsen_____
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation Program/cll
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6048
Facsimile: (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on March 6, 2025, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, which will send a notice of electronic

filing to all parties of record.

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney