# EXHIBIT 1

Generated: Mar 17, 2025 2:27PM                                                                 Page 1/1



# U.S. District Court

### Florida Middle - Tampa

Receipt Date: Mar 17, 2025 2:27PM

Florida IOTA Trust Account
Todd Foster, LLC

| Rcpt. No: 71924 | | Trans. Date: Mar 17, 2025 2:27PM | | Cashier ID: #LR (3125) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DFLM823CR000388 /001<br>MATTHEW FREDERIC BERGWALL | 1 | 1500000.00 | 1500000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Paper Check | #3501 | 03/16/2025 | $1,500,000.00 |
| | | | Total Due Prior to Payment: | $1,500,000.00 |
| | | | Total Tendered: | $1,500,000.00 |
| | | | Total Cash Received: | $0.00 |

The fee or debt is not officially paid or discharged until the bank clears the check, money order, or verifies the credit. A $53 fee will be charged for a returned payment.