# EXHIBIT 4



**P. Christopher Wegner**
Managing Attorney

Wegner Law PLLC
23160 Fashion Drive
Suite 217
Estero, FL 33928

Phone: 239.449.9200
Cell:   239.571.2721
cwegner@wegnerlawfirm.com

## DECLARATION OF P. CHRISTOPHER WEGNER

I, P. Christopher Wegner, hereby declare and state the following:

1. I am an attorney licensed to practice law in the State of Florida. I specialize in corporate, mergers and acquisitions and private equity law. I make this declaration based on my personal knowledge and, if called as a witness, could and would testify competently to the matters set forth herein.

2. I have served as professional counsel to Matthew Bergwall for over three years, primarily in connection with his business ventures. I am not representing him in his criminal case. I submit this declaration at his request to provide the Court with information regarding his extraordinary efforts to make restitution to victims of his offense.

<u>Professional Relationship and Initial Circumstances</u>

3. I began working with Matthew in 2022 when he was looking for legal advice in regard to one of his business ventures.

4. Following his arrest in November 2023, I witnessed firsthand how he voluntarily relinquished approximately $7 million in equity in his company. To the best of my knowledge, this represented the entirety of Matthew's net worth at the time.

5. In early 2024, Matthew expressly communicated to me his intention to work tirelessly to earn enough money to make his victims whole through full restitution payment. Specifically, in February 2024, he stated that his goal was to make $1 or $2

million (I cannot recall which figure he used) before his sentencing to fully compensate the victims of his offense.

### Extraordinary Efforts to Generate Funds for Restitution

6.  Over the past year, I have observed Matthew go to extraordinary lengths to generate income and build value in his business partnerships. He has routinely worked 60+ hour weeks across multiple business ventures simultaneously.

7.  Matthew's work ethic during this period has been truly remarkable. When I was his age, I was trying to schedule law school classes in such a way as to avoid having to go to lecture on Friday. Conversely, Matthew has been working tirelessly to generate value.

8.  I frequently use Matthew as an example to my other clients of what dedication and commitment can do. Even among the driven entrepreneurs and executives I represent, his determination stands out as exceptional.

### Extraordinary Loan Agreement

9.  As a direct result of his tireless work over the past 14 months, Matthew has secured a $1.5 million loan from his business partner Oliver to make immediate restitution to his victims. Based on my professional experience I can attest that the terms of this loan are exceptionally onerous:

    a. The 10% annual interest rate is significantly higher than market rates for collateralized loans, which typically range closer to 5% for well-qualified borrowers;

    b. The loan requires monthly interest payments of $12,500, a substantial financial obligation;

    c. The loan is secured by all of Matthew's private equity holdings and includes personal liability, meaning that if he defaults, Oliver can claim all of Matthew's business assets and place a lien against his future income; and

    d. The full principal amount becomes due in two years, with only a five-day grace period before default.

10. As the attorney who drafted the note, I advised Matthew against signing the document and can attest that the counter party has every intention of holding Matthew to the terms of the note.

11. In my professional opinion, this loan places Matthew in an extremely challenging financial position for years to come. The terms are aggressive and will require him to work extraordinarily hard simply to keep up with the interest payments, let alone eventually repay the principal.

12. In addition, if the Company fails or there is a significant change in the economy, Matthew would more than likely default on the Note. Risks that the victims do not have to worry about due to Matthew's efforts.

13. I continue to be of the mindset that Matthew will have an extraordinarily successful career. However, there is no doubt that this note will delay that future and make it substantially more difficult for him.

### Impact on Future Prospects

16. This loan arrangement significantly complicates Matthew's ability to rebuild his life after serving any sentence the Court may impose. The burden of $12,500 monthly interest payments, along with the looming principal repayment, means that even after completing his sentence, Matthew will face years of financial hardship and pressure. His decision to accept these terms despite their severity demonstrates the depth of his remorse and commitment to making amends.

### Personal Assessment of Character

17. In my three years of professional interactions with Matthew, I have found him to be exceptionally intelligent, hardworking, and determined. He made a serious mistake at age 19 that reflected poor judgment. In my opinion, he did something foolish as many young people do, but his intelligence and skill meant his mistake had more serious consequences than most youthful errors.

18. I have witnessed his genuine acceptance of responsibility and his commitment to making things right. The extraordinary steps he has taken to secure funds for restitution—working multiple jobs, sacrificing his personal time, and taking on substantial debt—all demonstrate his sincere remorse and his commitment to making amends for his actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8. 2025, at Estero, Florida.

*[Signature: P. Christopher Wegner]*

**P. Christopher Wegner**
Florida Bar #: 37896

Wegner Law PLLC
23160 Fashion Drive
Suite 217
Estero, FL 33928
cwegner@wegnerlawfirm.com