UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                            Case No.: 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL,
    **Defendant.**
_____/

**JOINT RESTITUTION CALCULATION**

AMAZON: $1,091,092.62

COSTCO: $125,068.56

LOUISV: $33,113.01

STOCKX: $82,679.17

APPLE: $92,087.68

BEST BUY: $1,411.98

NIKE: $35,179.65

NORDSTROM: $1,839.25

**Total:** $1,462,471.92

| | |
|---|---|
| */s/ Carlton C. Gammons* | */s/ Kevin Darken* |
| **Carlton C. Gammons** | **KEVIN DARKEN** |
| Florida Bar No.: 85903 | Florida Bar No.: 90956 |
| Carlton.Gammons@usdoj.gov | kdarken@tfosterlawgroup.com |
| Assistant United State Attorney | *Attorney for Matthew Bergwall* |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                 */s/ Kevin Darken*
                                                 KEVIN DARKEN