**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO. | 8:23-cr-388-TPB-CPT | | DATE: | March 20, 2025 |
|---|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MATTHEW FREDERIC BERGWALL**<br>**a/k/a "MXB"** | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Carlton Gammons AUSA | |
| | | | **DEFENSE COUNSEL**<br>Kevin Darken & Todd Foster, ret. | |
| **COURT REPORTER:**  Rebekah Lockwood | | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** | 10:04 – 11:14 a.m. | **TOTAL:** 1 hr. 10 mins. | **PROBATION:** | Michelle Feliciano for Tyler Campbell |
| | | | **COURTROOM:** | 14A |

**PROCEEDINGS:        SENTENCING HEARING - Evidentiary**

Defendant sworn. Defendant adjudicated guilty on Count Two of the Indictment.

Statements made by Counsel.   Statements made by Defendant.   Court hears from mother, Donna Bergwall (sworn).

Defendant's motion for downward departure (Doc. 82) – denied for reasons articulated on the record.

Court takes matter under advisement.   Status Conference scheduled for 4/22 at 10:00 a.m. Sentencing will resume on 6/17 at 10:00 a.m.   Notices to follow.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING**
(prior to any variances/departures)

| | |
|---|---|
| Total Offense Level | 26 |
| Criminal History Category | I |
| Imprisonment Range | 63 – 78 Months |
| | |

| Supervised Release Range | 1 - 3 years |
| --- | --- |
| Restitution | $1,462,471.92 |
| Fine Range | $25,000 - $250,000 |
| Special Assessment | $100.00 |

Defendant's objections to PSR:
Paragraph 41 (Specific Offense Characteristics – 10 or more victims) – withdrawn
Paragraph 45 (Adjustment for Role in Offense) - overruled