**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cr-388-TPB-CPT | **DATE:** April 22, 2025 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW FREDRIC BERGWALL (1)** | **GOVERNMENT COUNSEL**<br>Carlton Gammons, AUSA<br><br>**DEFENDANT COUNSEL**<br>Kevin Darken, ret. |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:01 – 10:17 a.m.<br>**TOTAL:** 16 minutes | **COURTROOM:** 14A |

**PROCEEDINGS:** STATUS CONFERENCE

Defendant present. Court discusses feasibility of revoking any computer access/engaging in certain businesses while on supervision. Defense provides court with suggestions regarding possible conditions.

Court advises defendant that should incarceration be imposed, he should be prepared to be remanded at that time.

Sentencing will resume on 6/17/25.