UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                    Case No.: 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL,
    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE AND TO TRAVEL

Defendant Matthew Bergwall, by and through undersigned counsel, moves pursuant to 18 U.S.C. § 3142(c)(3) to amend his conditions of release to permit him to live in his mother's home in Connecticut starting on May 31, 2025 and to travel to the District of Connecticut from Miami on May 31. Undersigned counsel has conferred with AUSA Gammons and been advised that the Government does not oppose this motion. Mr. Bergwall's Pretrial Services Officer also has no objections to this motion.

Mr. Bergwall plans to fly from Miami to LaGuardia Airport (in the Eastern District of New York) on May 31, 2025 and then travel through the Southern District of New York to his mother's current home at 7 Lantern Lane, Darien, Connecticut 06820. On either June 5 or June 7, 2025, Mr. Bergwall would move to his mother's new residence at 119 Gregory Blvd., Unit 50,

Norwalk, Connecticut 06855. Mr. Bergwall's sentencing is set for June 17, 2025.

Dated: May 14, 2025                                   Respectfully submitted:

<div style="margin-left:auto">

 /s/ Kevin Darken
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@tfosterlawgroup.com
**TODD FOSTER**
Florida Bar No.: 0325198
tfoster@tfosterlawgroup.com
**TODD FOSTER LAW GROUP**
601 Bayshore Blvd., Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600
*Attorneys for Matthew Bergwall*

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 14, 2025, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

<div style="text-align:right">

/s/ Kevin Darken
KEVIN DARKEN

</div>