UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:23-cr-388-TPB-CPT | DATE: | July 10, 2025 |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | INTERPRETER: | N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW FREDERIC BERGWALL**<br>a/k/a "MXB" | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Carlton Gammons AUSA | |
| | | **DEFENSE COUNSEL**<br>Kevin Darken & Todd Foster, ret. | |
| COURT REPORTER: | Rebekah Lockwood | DEPUTY CLERK: | Sonya Cohn |
| TIME: | 10:03 – 10:38; 10:30 – 10:31 a.m. | **TOTAL:** 36 mins. | PROBATION: | Tyler Campbell |
| | | COURTROOM: | 14A |

**PROCEEDINGS:**   **SENTENCING HEARING - Evidentiary**

Sentencing resumes from 3/20/2025.

Defendant previously sworn and adjudicated guilty on Count Two of the Indictment.

Objections previously addressed. Government's motion was previously granted for 8-level downward departure; Defendant's motions were denied. Additional statements made by Counsel and Defendant.

Imprisonment:   **ONE (1) YEAR and ONE (1) DAY.**

Supervised Release: **THREE (3) YEARS**.

Special Assessment: $100.00 to be paid immediately. Fine: Waived

Restitution: $1,462,471.92 – See judgment for details. Defendant has paid $1,500,000 into the court registry.

Recommendation to the BOP:
1. Placement at Otisville Satellite Camp, NY to be near family.

Defendant is allowed to self-surrender by noon on **July 25, 2025**, at facility designated by the Bureau of Prisons. If not designated by that date, defendant shall surrender to U.S. Marshals Service as

directed.

Special conditions of supervised release:

1. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Officer base on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

3. The defendant shall provide the probation officer access to any requested financial information.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The mandatory drug testing requirements are imposed. The Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant must submit to random drug testing not to exceed 104 tests per year.

Counts One and Three are dismissed in accordance with plea agreement.

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

Defendant advised of right to appeal and to counsel on appeal.