UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                          Case No.: 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL,
     Defendant.
_____/

## DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET AND ORDER DIRECTING RELEASE OF FUNDS

      Defendant Matthew Bergwall, by and through undersigned counsel, files this Response to United States' Motion for Preliminary Order of Forfeiture for Substitute Asset and Order Directing Release of Funds. (Doc 107) Defendant does not oppose this motion.

Dated: July 24, 2025                       Respectfully submitted:

                                                   */s/ Kevin Darken*
                                                   **KEVIN DARKEN**
                                                   Florida Bar No.: 90956
                                                   kdarken@tfosterlawgroup.com
                                                   **TODD FOSTER**
                                                   Florida Bar No.: 0325198
                                                   tfoster@tfosterlawgroup.com
                                                   **TODD FOSTER LAW GROUP**
                                                   601 Bayshore Blvd., Suite 615
                                                   Tampa, FL 33606
                                                   Telephone: (813) 565-0600
                                                   *Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kevin Darken*
**KEVIN DARKEN**
