UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                      Case No.: 8:23-cr-388-TPB-CPT

MATTHEW FREDERIC BERGWALL,
     Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO AMEND SUPERVISED RELEASE CONDITIONS

Defendant Matthew Bergwall, by and through undersigned counsel, moves pursuant to 18 U.S.C. § 3583(e)(2) with the consent of the United States Probation Office and without opposition from the Government to amend Additional Condition 2 of his Conditions of Supervised Release, which appears on page 5 of his Judgment (Doc 105), by deleting "from incurring new credit charges" and by defining "major purchases" as a purchase over $5,000.

Additional Condition 2 now reads: "The defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer."

Under the Defendant's proposed changes, Additional Condition 2 would be amended to read: "The defendant is prohibited from opening additional

1

lines of credit, or obligating himself for any major purchases over $5,000 without approval of the probation officer."

These changes would permit Mr. Bergwall, who is currently working while living in a halfway house, to use a credit card without approval of his Probation Officer. It would also relieve Mr. Bergwall's Probation Officer from having to review Mr. Bergwall's monthly credit card statements. Finally, it would provide a definition of "major purchase" as a purchase over $5,000 which would provide certainty to both Mr. Bergwall and his Probation Officer.

If the Court were to amend Additional Condition 2 as requested, Mr. Bergwall would still be prohibited from opening additional lines of credit or obligating himself for any major purchases over $5,000 without approval of his probation officer.

Undersigned counsel is making this motion at the suggestion of United States Probation Officer Michael Jones of the District of Connecticut. Mr. Jones believes the current language of Additional Condition 2 is unnecessary since Mr. Bergwall has already paid his restitution obligation and creates an unneeded burden on him and his office. Mr. Jones' telephone number is (203) 395-5386 and his email address is michael_jones@ctp.uscourts.gov.

Undersigned counsel has conferred with AUSA Greg Pizzo, the Chief of the Economic Crimes Section, who advised that the Government does not oppose this motion.

## **MEMORANDUM OF LAW**

Pursuant to 18 U.S.C. § 3583(a)(2), the Court may, after considering the Section 3553(a) sentencing factors, "reduce … the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision."

As the Eleventh Circuit has noted, "the terms of [a defendant's] supervised release are not written in stone." *United States v. Carpenter,* 803 F.3d 1224, 1241 n.4 (11th Cir. 2015).

Dated: January 20, 2026

Respectfully submitted,

　　 */s/ Kevin Darken*　　
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@jpfirm.com
**TODD FOSTER**
Florida Bar No.: 0325198
tfoster@jpfirm.com
**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
400 N. Ashley Drive, Ste. 3100
Tampa, FL 33602
*Attorneys for Matthew Bergwall*
Telephone: (813) 565-0600
*Attorneys for Matthew Bergwall*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of January 2026, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

　　 */s/ Kevin Darken*　　
**KEVIN DARKEN**

4