UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-388-TPB-CPT

MATTHEW FREDERICK BERGWALL

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Carlton C. Gammons.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Gregory D. Pizzo*
Gregory D. Pizzo
Assistant United States Attorney
Florida Bar No.: 41914
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Gregory.Pizzo@usdoj.gov

U.S. v. MATTHEW BERGWALL                    Case No. 8:22-cr-330-TPB-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record:

>  /s/ Gregory D. Pizzo
> Gregory D. Pizzo
> Assistant United States Attorney
> Florida Bar No.: 41914
> 400 N. Tampa St., Ste. 3200
> Tampa, FL 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: Gregory.Pizzo@usdoj.gov